No. 11–310. SANDOR MONTERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–319. FOX v. BAKERY, CONFECTIONERY, TOBACCO WORK-ERS AND GRAIN MILLERS INTERNATIONAL UNION, LOCAL No. 24, AFL–CIO, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–320. HIGERD v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–321. GILES v. WAL-MART STORES EAST, LP. C. A. 11th Cir. Certiorari denied.

No. 11–325. ALLISON v. COMMISSIONER OF INTERNAL REVE-NUE. C. A. 4th Cir. Certiorari denied.

No. 11–328. STINE v. UNITED STATES. C. A. Fed. Cir. Cer-tiorari denied.

No. 11–330. BROWN v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Wake County, N. C. Certiorari denied.

No. 11–331. MARCELLO v. INTERNAL REVENUE SERVICE. C. A. 4th Cir. Certiorari denied.

No. 11–346. AMERICAN CENTRAL CITY, INC. v. JOINT ANTE-LOPE VALLEY AUTHORITY ET AL. Sup. Ct. Neb. Certiorari de-nied.

No. 11–351. NOORZAI v. UNITED STATES. C. A. 2d Cir. Cer-tiorari denied.

No. 11–352. OPPLIGER ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–353. UNITED STATES EX REL. UBL v. IIF DATA SOLU-TIONS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–361. ALEXANDER v. OHIO STATE UNIVERSITY COLLEGE OF SOCIAL WORK ET AL. C. A. 6th Cir. Certiorari denied.